IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 13** |
| **GEORGE & JUANITA HARRIS,** | ) | Case No.:15-80521 |
| Debtors. | ) | |

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

### OBJECTION TO CLAIM #4 (ARREARS POETION) OF CITIFINANCIAL SERVICING, LLC

The debtors are current on all mortgage payments and this claim is incorrect. The mortgage was never in arrears and is still current.

Wherefore this claim should be disallowed.

/s/ Donald M. Phillips
Donald M. Phillips
Attorney for Debtors
513 N Lainer Ave
Lanett, AL 36863

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing to the parties below by placing the same in the United States mail, postage prepaid and correctly addressed, on this 14th day of August, 2015.

Hon. Curtis Reding                Citifiancial Servicing LLC
Chapter 13 Trustee                P.O. Box 70919
P.O. Box 173gomery, AL 36101-0173    Charlotte, NC 28272

/s/Donald M. Phillips
Of Counsel