UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 15−80521
Chapter 13

George Harris and Juanita Harris

    Debtors

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *CitiFinancial Servicing, LLC*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Done this 24th day of September, 2015.

William R. Sawyer
United States Bankruptcy Judge